## EL PUEBLO v. MADURO.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 4. Resuelto en Abril 3, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANI-
FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apa-
reciendo de los autos que se haya cometido algún error que justifique la revo-
cación de la sentencia, ésta debe ser confirmada.

Los hechos están expresados en la opinión.
Abogado del Pueblo: *Sr. Rossy,* Fiscal.
La parte apelante no compareció.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente
opinión del Tribunal.

En esta causa no hay pelegro de excepciones ni informe
con respecto á los hechos. El demándado Juan Maduro
fué acusado el día primero de Setiembre de 1904 por el
delito de seducción de acuerdo con la sección No. 261 del
Código Penal. Se declaró no culpable y fué juzgado el
24 de Octubre siguiente. Fué declarado culpable y con-
denado el 29 de Octubre, á pagar una multa de setenta
dollars. Apeló de esta sentencia pero no estuvo represen-
tado en esta Corte por abogado alguno. Nada aparece de
los autos tendente á demostrar que ha sido privado de los
derechos que todo acusado tiene según la ley. El castigo
es sumamente benigno si se tiene en cuenta que el Código
castiga el delito expresado con multa máxima de $5,000
ó cinco años de prisión en la Penitenciaría, ó con ambas
penas á discreción del Tribunal. No habiendo motivo en
los autos para la revocación de la sentencia debe confir-
marse la sentencia pronunciada por la Corte de Distrito.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y
Aociados, Hernández y Figueras.

El Juez Asociado Sr. Wolf no formó Tribunal en la
vista de este caso.